UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

JON DERRICK NAVARRO
Plaintiff,

v.

BRYAN STERKEL, et al.,
Defendants.
_____/

No. C 11-1700 LHK

**ORDER RE: ATTENDANCE AT ENE**

Date: December 1, 2011
Evaluator: Michael Sorgen

IT IS HEREBY ORDERED that the requests to excuse defendant Officer Chris Pilger from participating in the December 1, 2011, ENE before Michael Sorgen is GRANTED.

IT IS SO ORDERED.

November 30, 2011          By:   *Elizabeth D. Laporte*
Dated                                    Elizabeth D. Laporte
                                         United States Magistrate Judge