UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| JON DERRICK NAVARRO<br>Plaintiff,<br><br>v.<br>BRYAN STERKEL, et al.,<br>Defendants.<br>_____/ | No. C 11-1700 LHK<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:        December 1, 2011<br>Evaluator:  Michael Sorgen |

   IT IS HEREBY ORDERED that the requests to excuse defendant Officer Chris Pilger from participating in the December 1, 2011, ENE before Michael Sorgen is GRANTED.

   IT IS SO ORDERED.

November 30, 2011                  By:    *Elizabeth D. Laporte*
Dated                                              Elizabeth D. Laporte
                                                   United States Magistrate Judge