**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DERRICK NAVARRO, ) | Case No.: 11-CV-1700-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CASE MANAGEMENT ORDER |
| OFFICERS BRYAN STERKEL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

The Case Management Conference scheduled for September 6, 2012 is VACATED. The Court will issue a Case Management Order shortly.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-1700-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE