UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHN DERRICK NAVARRO, | ) | Case No.: 11-CV-1700-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| OFFICERS BRYAN STERKEL, et al., | ) | CASE MANAGEMENT ORDER |
| Defendants. | ) | |

The Case Management Conference scheduled for September 6 was vacated.

The case schedule remains as set:

PRETRIAL CONFERENCE DATE is September 26, 2012, at 2:00 p.m.

JURY TRIAL will be conducted on October 22, 2012; October 23, 2012; and October 26, 2012. Trial will be conducted each day from 9:00 a.m. to 4:30 p.m. with an hour lunch break from noon to 1:00 p.m.

The parties are reminded to consult the undersigned judge's Standing Order regarding requirements and deadlines for the Pretrial Conference.

**IT IS SO ORDERED.**

Dated: September 10, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 10-CV-1700-LHK
CASE MANAGEMENT ORDER