UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON DERRICK NAVARRO,                    ) | Case No.: 5:11-cv-01700-LHK |
| ) | |
| Plaintiff,           ) | |
| v.              ) | |
| ) | |
| OFFICERS BRYAN STERKEL, CHRIS BELL, ) | |
| MIKE GARCIA, and CHRIS PILGER, Santa  ) | |
| Clara Police Department, in their individual ) | |
| capacities, and DOES 1-10,               ) | |
| ) | |
| Defendants.          ) | |
| ) | |
| _____ ) | |

**VERDICT FORM**

Dated: October 29, 2012

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 5:11-CV-01700-LHK
VERDICT FORM

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**<u>Question 1a</u>**:

Did Defendant Brian Sterkel use an unnecessary amount of force upon Plaintiff in arresting and/or detaining him?

_____ Yes _____ No

**<u>Question 1b</u>**:

Did Defendant Mike Garcia use an unnecessary amount of force upon Plaintiff in arresting and/or detaining him?

_____ Yes _____ No

**<u>Question 1c</u>**:

Did Defendant Chris Bell use an unnecessary amount of force upon Plaintiff in arresting and/or detaining him?

_____ Yes _____ No

**<u>Question 1d</u>**:

Did the officers, in combination, use an unnecessary amount of force upon Plaintiff in arresting and/or detaining him?

_____ Yes _____ No

If you answered "No" to ALL each of questions 1a-1d, skip to the end of the verdict form and have the foreperson sign, date, and print their name.

Case No.: 5:11-CV-01700-LHK
VERDICT FORM

**Question 2**:

If you answered "Yes" to any of the defendants in Questions 1a-1d, then you have found these defendants liable for violating Plaintiff's Fourth Amendment rights in connection with his detention and/or arrest. What amount of money do you award Plaintiff in order to compensate Plaintiff for any injury, loss or harm suffered as a result of the Fourth Amendment violation due to his arrest?

$ _____

**Question 3**:

For each defendant that you found liable for violating Plaintiff's Fourth Amendment rights in connection with Plaintiff's detention and/or arrest, indicate what percentage of the above damages each defendant caused. The total of all percentages indicated below must equal 100%:

Defendant Brian Sterkel _____%

Defendant Mike Garcia _____%

Defendant Chris Bell _____%

**Question 4a**:

If you awarded damages to Plaintiff for a Fourth Amendment violation against a defendant or defendants, indicate whether you award Plaintiff punitive damages against that defendant or defendants for that violation.

_____ Yes _____ No

**Question 4b**:

If your answer to Question 4a is "Yes," indicate below the amount of punitive damages which that defendant or defendants should pay for violation of Plaintiff's Fourth Amendment rights.

Defendant Brian Sterkel     $ _____

Defendant Mike Garcia       $ _____

Case No.: 5:11-CV-01700-LHK
VERDICT FORM

United States District Court
For the Northern District of California

Defendant Chris Bell          $ _____

Dated: _____

_____
Foreperson

Print:_____
Foreperson

Case No.: 5:11-CV-01700-LHK
VERDICT FORM

United States District Court
For the Northern District of California