MICHAEL C. SERVERIAN (SBN 133203)
CHE L. HASHIM (SBN 238565)
**LAW OFFICES OF CHE L. HASIM**
861 Bryant Street
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
JON DERRICK NAVARRO


MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

Attorneys for Defendants
OFFICERS BRYAN STERKEL, CHRIS BELL, MIKE GARCIA, CHRIS PILGER, CITY OF SANTA CLARA (erroneously sued and served as Santa Clara Police Department)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON DERRICK NAVARRO, | Case No. CV 11-1700 LHK |
| Plaintiff, | **STIPULATION** |
| vs. | |
| OFFICERS BRYAN STERKEL, CHRIS BELL, MIKE GARCIA, and CHRIS PILGER, Santa Clara Police Department, in their individual capacities, and DOES 1-10, | **TRIAL: October 30, 2012** |
| Defendants. | |

1 | TO THE HONORABLE COURT:

2 | Plaintiff, JON NAVARRO, by and through his attorney of record Che Hashim of the Law Offices of Che Hasim and Defendants OFFICERS BRYAN STERKEL, CHRIS BELL, MIKE GARCIA, ~~and CITY OF SANTA CLARA~~ by and through their attorney of record Michael Serverian of the Law Offices of Rankin, Landsness, Lahde, Serverian & Stock hereby Stipulate as follows:

Defendants had a lawful reason to detain and arrest Plaintiff. Plaintiff was charged with a misdemeanor unrelated to the robbery, which was dismissed. Plaintiff was never involved in the robbery.

Dated: October 30, 2012        LAW OFFICES OF CHE L. HASHIM

By: /s/ Che L. Hashim
    CHE L. HASHIM
    Attorney for Plaintiff
    JON DERRICK NAVARRO

Dated: October 30, 2012        RANKIN, LANDSNESS, LAHDE,
                               SERVERIAN & STOCK

By: /s/ Michael C. Serverian
    MICHAEL C. SERVERIAN
    Attorney for Defendants