UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON DERRICK NAVARRO,<br><br>　　　　　Plaintiff,<br>　v.<br><br>OFFICERS BRYAN STERKEL, CHRIS BELL, and MIKE GARCIA,<br><br>　　　　　Defendants. | Case No.: 5:11-cv-01700-LHK<br><br>STIPULATION |

Plaintiff JON NAVARRO, by and through his attorney of record Che Hashim of the Law Offices of Che Hashim, and Defendants OFFICERS BRYAN STERKEL, CHRIS BELL, and MIKE GARCIA by and through their attorney of record Michael Severian of the Law Offices of Rankin, Landsness, Lahde, Severian & Stock, hereby Stipulate as follows:

The Defendants acted under color of law at the time of the incident on April 7, 2009.

Plaintiff incurred medical charges in the amount of $600 at Valley Medical Center relating to his treatment on April 8, 2009, the day after the incident.

Dated: November 2, 2012                                      LAW OFFICES OF CHE L. HASHIM

                                                                                 By: _____

1

Case No.: 5:11-CV-01700-LHK
STIPULATION

1
2
3
4   Dated: November 2, 2012
5
6
7
8

CHE L. HASHIM
Attorney for Plaintiff
JON DERRICK NAVARRO

RANKIN, LANDSNESS, LADHE,
SEVERIAN, & STOOK

By: _____
MICHAEL SEVERIAN
Attorney for Defendants
OFFICERS BRYAN STERKEL,
CHRIS BELL, and MIKE GARCIA

Case No.: 5:11-CV-01700-LHK
STIPULATION