**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DERRICK NAVARRO, ) | Case No.: 11-CV-1700-LHK |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER VACATING STATUS |
| OFFICERS BRYAN STERKEL, et al., ) | CONFERENCE |
| Defendants. ) | |

    The Status Conference scheduled for December 12, 2012 is hereby VACATED. The parties shall file a settlement status report by Wednesday, January 2, 2012. The Parties are advised that pursuant to Local Rule 40-1, jury fees (including attendance, mileage, and parking) will be assessed against the parties should they fail to proceed with their scheduled trial and fail to file a stipulation of dismissal by 3:00 pm on January 3, 2013, the day before trial.

**IT IS SO ORDERED.**

Dated: December 10, 2012

_____
LUCY H. KOH
United States District Judge